B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

---

Bankruptcy Case No.: 09−81019

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chapter: 7

Samora Sloan    xxx−xx−9844
2117 Bedford St
Apt.11
Durham, NC 27707

    Debtor(s)

---

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 9/24/09

*Catharine R. Carruthers*
Catharine R. Carruthers
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0418-1            User: admin              Page 1 of 1              Date Rcvd: Sep 24, 2009
Case: 09-81019                  Form ID: 239             Total Noticed: 23
```

The following entities were noticed by first class mail on Sep 26, 2009.
```
db         +Samora Sloan,   2117 Bedford St,   Apt.11,   Durham, NC 27707-2003
cr          Recovery Management Systems Corporation,   25 S.E. Avenue, Suite 1120,   Miami, Fl  33131-1605
784323209  +Afni, Inc. (Original Creditor:At T,   Po Box 3427,   Bloomington, IL 61702-3427
784323210  +Bruce Beeber,   1009 Milstead Ave.,   Suite 110,   Conyers, GA 30012-4510
784332507   Capital Recovery, III, LLC,   c/o Recovery Management Systems Corp.,   25 SE 2nd Ave., Suite 1120,
              Miami, FL 33131-1605
784323212  +Condor Capital Copr,   165 Oser Ave,   Hauppauge, NY 11788-3710
784323213  +Darnel Rcvry (Original Creditor:Med,   4134 Highway 278 N,   Covington, GA 30014-2494
784323545  +Durham County Taxes,   POB 3397,   Durham NC 27702-3397
784323214  +Fremont,   175 North Riverview Drive,   Anaheim, CA 92808-1225
784323215  +Harry Foster, Jr., MD,   7660 Covington Highway,   Lithonia, GA 30058-7415
784323216  +Lvnv Funding Llc (Original Creditor,   Po Box 740281,   Houston, TX 77274-0281
784323219  +Monique Sloan,   618 Marchmount Lane,   San Antonio, TX 78213-3615
784323220  +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
784323221  +Office Of The Atty Gen,   Po Box 12017,   Austin, TX 78711-2017
784323223  +Real Time Resolutions,   1750 Regal Row,   Dallas, TX 75235-2289
784323224  +Rockdale Family Practice,   C/O Darnel Quick Recovery Inc.,   PO Box 2416,
              Covington, GA 30015-7416
784323225  +South Texas athology,   PO Box 681149,   San Antonio, TX 78268-1149
784323226  +Us Dept Ed,   Po Box 5609,   Greenville, TX 75403-5609
784323227  +Yorkshire Appartments,   2132 Bedford St.,   Suite 23,   Durham, NC 27707-2002
```

The following entities were noticed by electronic transmission on Sep 24, 2009.
```
784323211  +EDI: CHASE.COM Sep 24 2009 15:23:00      Chase,   800 Brooksedge Blvd,
              Westerville, OH 43081-2822
784323207   EDI: IRS.COM Sep 24 2009 15:23:00      Internal Revenue Service,
              Attn: Manager or Registered Agent,   PO Box 21126,   Philadelphia, PA 19114
784323217  +EDI: FORD.COM Sep 24 2009 15:23:00      Mazda American Credit,   PO Box 542000,
              Omaha, NE 68154-8000
784323208   EDI: NCDEPREV.COM Sep 24 2009 15:23:00      NC Dept of Revenue,   Office Services Division,
              Bankruptcy Unit,   PO Box 1168,   Raleigh, NC 27602-1168
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
784323218    Monique Shantell Everage-Sloan
784323222*  +Office Of The Atty Gen,   Po Box 12017,   Austin, TX 78711-2017
                                                                                           TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 26, 2009**                     Signature:   *Joseph Speetjens*