# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81019

IN THE MATTER OF:
Samora Sloan    xxx−xx−9844
2117 Bedford St
Apt.11
Durham, NC 27707

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

  Sara A. Conti is discharged as trustee of the estate of the above named debtor.

  The Chapter 7 case of the above named debtor is closed.

Dated: 9/30/09

                                                              *Catharine R. Carruthers*
                                                            Catharine R. Carruthers
                                                           United States Bankruptcy Judge